UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BONTEMPS,<br><br>        Plaintiff,<br><br>    v.<br><br>J. LEBECK,<br><br>        Defendant. | No. 2:17-cv-02406 MCE DB P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On March 15, 2018, the undersigned granted the magistrate judge's recommendation to deny plaintiff's application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g)'s three-strike rule and in the absence of any allegation of imminent danger. Plaintiff was then ordered to submit the $400 filing fee within thirty days. That deadline has now passed, and plaintiff has not submitted the filing fee. Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

    IT IS SO ORDERED.

Dated: September 25, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1